

1  Madhuri Trivedi,
   OrangeHealth,
2
   PO Box : 8359,  Fremont, CA-94537
3  Fax: 708-778-4859 Phone: (650) 242-5135
   Email: madhuri.orangehc@gmail.com
4
   Copy to : Patrick Hale  Pat_hale@mit.edu
5

6                **U.S. DISTRICT COURT**

7          **NOTHERN DISTRICT OF CALIFORNIA**

8

9   **Madhuri Trivedi**                    C V No. 16   1122
10          Plaintiffs,
                                            SK
         v.
11                                         **COMPLAINT for wrongful,**
                                           **fraudulent denial of immigration**
12   **U.S.**                              **petitions, non-immigration status**
     **DEPARTMENT OF HOMELAND**            **situation as a retaliation,**
13   **SECURITY, Jeh C. JOHNSON, in his**  **obstruction of justice, witness**
     **Official Capacity as Secretary of** **tampering, perjury, (as a result of**
14   **Homeland Security, U.S.**           **ex-employer general electric who**
     **CITIZENSHIP AND IMMIGRATION**       **was engaged in fraudulent claims),**
15   **SERVICES, León RODRIGUEZ, in his**  **delays,   damages ,and request for**
     **Official Capacity as Director, U.S.** **relief.**
16   **Citizenship and Immigration Services,**
     **Donald Neufeld -director USCIS service** 
17   **center,**                           **Jury trial demanded.**
     **Greggory Ricahrdson- director TSC,**
18   **Mark Hazuda- Director NSC,**        Judge:
     **John Roth, OIG,**
19   **Maria Odom-DHS**
20
                                           Date Action filed:
21          Defendants.
22

23

24                **I.  JURISDICTION and PARTIES**

25      1.  Madhuri Trivedi is a resident of Fremont, Alameda County, CA. She is a citizen of

26          India and has been resident in USA since 2003.

27      2.  This Court has subject matter jurisdiction over Plaintiffs' claims pursuant to

28

28  .S.C. § 1331 (federal question statue), 5 U.S.C. § 702 (Administrative Procedure Act),

The **United States waived its sovereign immunity over the claims raised here pursuant to 5 U.S.C. § 702;** where the plaintiff is seeking relief other than money damages.

      3.      This Court has subject matter jurisdiction over Plaintiffs' claims pursuant to 28 USC § 1361 mandamus,  5 USC. § 704 , 8 USC. §1324b, 5 USC § 706.

5 USC §702.

4. "Agency action" is defined to include "the whole or a part of an agency rule, order, license, sanction, relief, or the equivalent or denial thereof, or failure to act." 5 USC §551(13); an agency action may include the denial of a visa petition or an application for adjustment (It can also include the agency's failure to adjudicate a visa petition or adjustment application. ) ; Madhuri Trivedi's visa petition was denied, delayed and denial decisions by USCIS are irrational, arbitrary, capricious, exercising abuse of discretion , wrongful and undertaken to remove witness(Madhuri Trivedi).

      5.  The APA states that a person who is suffering a legal wrong because of agency action, or who is adversely affected by agency action within the meaning of a relevant statute, is entitled to judicial review.

Given USCIS denial of my immigration visa petitions are final. "Final agency actions" for which there is no other adequate remedy in a court are subject to APA review. 5 U.S.C. § 704.

      6.  The Supreme Court based its decision on the language of 5 U.S.C. § 704, which states that an agency decision is deemed final, and therefore immediately subject to judicial review. Darby 's interpretation of 5 U.S.C. § 704 with approval in a recent First Circuit decision, Nkihtaqmikon v. Impson, 585 F.3d 495, 498–99 (1st Cir.2009).

( https://www.hg.org/article.asp?id=34757  )

7.   Accordingly, no exhaustion was required, and this Court has the jurisdiction to hear Plaintiffs' claims. The Supreme Court has ruled that in cases seeking judicial review pursuant to the APA, a plaintiff is not required to exhaust non-mandatory administrative remedies. Darby v. Cisneros, 509 U.S. 137 (1993).

8.   Plaintiff tried to resolve this matter with Ombuds office at DHS and Office of Inspector

General. Plaintiff has lost faith in the system governed by DHS, given the long history of events and injustice and abusive treatment by DHS/USCIS which falls under **EXECUTIVE branch** , Plaintiff has decided to get justice through this court (for her own safety) , hence Court has the jurisdiction to hear and rule on Plaintiffs' claims. Also because the complaint raised a **question of law**, the district courts did have jurisdiction.

9.   Arbitrary , Capricious, abuse of discretion - The Administrative Procedures Act ("APA") sets forth standards governing judicial review of decisions made by federal administrative agencies.  *See Dickinson v. Zurko, 527 U.S. 150, 152 (1999); High Sierra Hikers Ass'n v. Blackwell, 390 F.3d 630, 638 (9th Cir. 2004); Public Util. Dist. No. 1 v. Federal Emergency Mgmt. Agency, 371 F.3d 701, 706 (9th Cir. 2004).*  Pursuant to the APA, agency decisions may be set aside only if "arbitrary, capricious, **abuse of discretion,** or otherwise not in accordance with law."  5 U.S.C. § 706(2)(A); *United States v. Bean, 537 U.S. 71, 77* (2002); *Gardner v. U.S. Bureau of Land Mgmt., 638 F.3d 1217, 1224 (9th Cir. 2011); Latino Issues Forum v. EPA, 558 F.3d 936, 941 (9th Cir. 2009); High Sierra, Hikers Ass'n, 390 F.3d at 638; Public Util. Dist. No. 1, 371 F.3d at 706.*[1]  .

10. Constitutional Review  A court may refuse to defer to an agency's interpretation of a statute that raises serious constitutional concerns. *See Diouf v. Napolitano*, 634 F.3d 1081, 1090 (9th Cir. 2011) (explaining court will not defer to agency interpretation if it raises "grave constitutional doubts");

(http://cdn.ca9.uscourts.gov/datastore/uploads/guides/stand_of_review/IV_Review_AD.html#_Toc199132042 )

11. Constitutional standing -Three factors used to assess whether or not a plaintiff has constitutional standing: "(1) an injury-in-fact; (2) that is fairly traceable to the challenged conduct of the defendant; and (3) can likely be addressed with a favorable decision." *Lujan v. Defenders of Wildlife*, 504 U.S. 555, 560-61, 112 S. Ct. 2130, 2136 (1992).

MADHURI has suffered an injury-in-fact from USCIS's withdrawal of H1B, withdrawal of work authorization since June 2013, denials of I 140, I 485 and I 765 in March 2015–which is irrational, arbitrary, capricious, exercising abuse of discretion , NOT BEING able to work in USA legally, pay her bills through her savings, emotional distress, mental trauma, financial distress and tons of hardship the deprivation of an opportunity get **PERMANENT RESIDENCY after 13 years in USA, which is also fairly traceable to USCIS.** The situation would be redressable by a favorable decision because if the district court were to conclude that the I-140 visa petition was unlawfully denied.  because USCIS  failed to comply with the regulations .PLAINTIFF  MADHURI TRIVEDI has constitutional standing, as  she suffered an injury in fact that is fairly traceable to DHS/USCIS's conduct and redressable by a favorable decision. *See Lujan,* 504 U.S. at 560-61, 112 S.Ct. 2130. MADHURI has suffered an injury that is fairly traceable to CIS: **the loss of an opportunity to become a permanent resident and**

**ability to stay in this country and work legally and pay bills to support herself. And that severe injury is redressable in this lawsuit.** Ms. Trivedi has suffered damages including past and future wage and benefits loss,

humiliation, emotional distress, imminent endangerment to her immigration status, and other damages. Since her termination, Ms. Trivedi ; Her lack of new employment has not only resulted in continued lost wages and benefits, a harmful black mark on her career, but has jeopardized her 13 year effort to normalize her U.S. immigration status.

    12. Furthermore, the Court reasoned that the regulatory definition of "affected party"
        only

related to the ability of plaintiffs to challenge administrative denials of petitions, and therefore did not preclude the beneficiary from having standing in the district court. In *Kurapati v. U.S. Bureau of Citizenship*, No. 13-13554 (Sept. 22, 2014), the Eleventh Circuit and an earlier Sixth Circuit case, *Patel v. U.S. Citizenship and Immigration Services*, 732 F.3d 633 (6th Cir. 2013), that determined the immigrant beneficiary of an I-140 visa petition had constitutional standing for similar reasons.

(http://georgialawreview.org/eleventh-circuit-decides-kurapati-v-u-s-bureau-of-citizenship/)

    13. The Court also concluded that Kurapati had prudential standing. It clarified the
        analysis

by  citing *Lexmark International, Inc. v. Static Control Components, Inc.*, and focusing on the Supreme Court's guidance to ask whether plaintiffs "fall[] within the class of plaintiffs whom Congress has authorized to sue." 134 S. Ct. 1377, 1387 n.3 (2014). In order to determine if a party may sue, the Court looked to the Administrative Procedure Act which allows a party to sue if "the interest sought to be protected by the complainant is arguably within the zone of interests

to be protected or regulated by the statute in question." *Hollywood Mobile Estates Ltd. v. Seminole Tribe of Fla.*, 641 F.3d 1259, 1268 (11th Cir. 2011). **This case hence also meets prudential standing requirements.**

      14. that immigrant beneficiary is within the zone of interests the law protected INA §§

          203(b)(3), 245(a); 8 U.S.C. §§ 1153(b)(3), 1255(a).

      15. The "zone of interest" test does not require a plaintiff to establish that Congress specifically intended to benefit the plaintiff. Rather, there is a two-step inquiry. "First, the court must determine what interests the statute arguably was intended to protect, and second, the court must determine whether the 'plaintiff's interests affected by the agency action in question are among them.'" Bangura v. Hansen, 434 F.3d 487, 499 (6th Cir. 2006) (quoting NCUA v. First National Bank & Trust Co., 522 U.S. 479, 492 (1998)). Applying this test in the immigration context, numerous courts have held that a **noncitizen beneficiary of an employment-based visa petition is within the "zone of interest" of the statute and thus has standing to sue over the denial or revocation of a visa petition.** See, e.g., Bangura, 434 F.3d at 499-500; Abboud v. INS, 140 F.3d 843, 847 (9th Cir. 1998); Ghaley v. INS, 48 F.3d 1426, 1434 n.6 (7th Cir. 1995); Taneja v. Smith, 795 F.2d 355, 358 n.7 (4th Cir. 1986).

      16. "An abuse of discretion is a failure to take into proper consideration the facts and law relating to a particular matter; an arbitrary or unreasonable departure from precedent and settled judicial custom. Including but not limited to:  a decision made without a rational explanation; **failure to consider all relevant factors;  consideration of irrelevant factors;** and, **a failure to exercise discretion.**

 In *Khan*, Justice Pooler of the United States Court of Appeals had before him an application to reconsider the decision of an immigration tribunal. On the issue of an abuse of discretion, he

1   wrote: "An abuse of discretion may be found in those circumstances where the Board's decision

2   provides no rational explanation, inexplicably departs from established policies, is devoid of any

3   reasoning, or contains only summary or conclusory statements; that is to say, where the Board

4   has acted in an arbitrary or capricious manner.

5

6

7   17. U.S. Code § 1324b **(a)(5)PROHIBITION OF INTIMIDATION OR RETALIATION**

8   It is also an unfair immigration-related employment practice for a person or other entity to

9   intimidate, threaten, coerce, or retaliate against any individual for the purpose of interfering with

10   any right or privilege secured under this section or because the individual intends to file or has

11   filed a charge or a complaint, testified, assisted, or participated in any manner in an investigation,

12   proceeding, or hearing under this section. An individual so intimidated, threatened, coerced, or

13   retaliated against shall be considered, for purposes of subsections (d) and (g), to have been

14   discriminated against.

15

16

17                                        **VENUE**

18   18. This District is the proper venue pursuant to 28 U.S.C. § 1391(e)(1)(A). Because

19          DOS,

20   DHS, and USCIS reside and operate within this District, and Pursuant to  28 U.S.C. §

21   1391(e)(1)(B) , 28 U.S.C. § 1391(e)(1)(C) because a substantial part of the events or omissions

22   giving rise to the claim occurred within this District. And 28 U.S.C. § 1391(b); which states that

23   a suit against the federal government or a federal official acting in his or her official capacity can

24   be brought in any judicial district where 1) a defendant resides; 2) a substantial part of the events

25   or omissions giving rise to the claim occurred; or 3) the plaintiff resides if no real property is

26   involved in the action.

27

28   Page - 7 -of 38  COMPLAINT for wrongful, fraudulent denial of immigration petitions, non-immigration status situation as a
     retaliation,  obstruction of justice, witness tampering, perjury, delays,  damages , request for relief.           Madhuri Trivedi

**PARTIES**

19. Madhuri Trivedi is a Plaintiff in this matter. She is an applicant, petitioner and beneficiary for non immigration, immigration visa , adjustment of status and begging for work authorization.

20. Defendant **Department of Homeland Security** ("DHS") is an executive agency of the United States with responsibility for non-immigration benefits, immigration petitions- benefits, providing work authorizations, adjudicating adjustment of status applications, implementing visa modernization efforts directed by the President Obama's start up America initiative for Entrepreneurial  talent, and Presidents executive actions such as keeping extra ordinary ability, high skill talent who received master's degree in STEM from US university and have contributed to US in areas of National Interest , healthcare  and economy  and will continue to contribute to US national interest.

21. Defendant **Jeh Johnson** is the Secretary of Homeland Security and has supervisory authority over the operations of DHS.

22. Defendant **USCIS is an executive agency of the United States** responsible for adjuncting non immigration , immigration petitions.

23. Defendant **León Rodriguez** is the Director of USCIS .

24. Donald Neufeld -director USCIS service centers in Nebraska, Vermont, California and Texas.

25. Mark Hazuda, Director at Nebraska Service center, Greggory Richardson- Director Texas service center.

26. John Roth is OIG at DHS. Maria Odom -DHS

## II. NATURE OF THE CASE, FACTUAL ALLEGATIONS, CLAIMS

## <u>II.(A)</u>

27. After investing 13 years of my life in USA, contributing to US healthcare... but due to

whistleblower retaliation- raising/reporting issues related to GE who knowingly and illegally

releasing defective medical devices involving 100,000 such medical devices; **my work**

**authorization to work in USA legally has been withdrawn since June 2013 and USCIS is**

**not issuing me work authorization –till today ;even I have a job offer from Harvard**

**medical school** (EXHIBIT 1 ) **since April 2014.** I am a good woman and paying my bills

through my savings-pennies I saved for RAINY days. It is illegal to keep me in this horrible

situation.

28. I worked at BeyondTrust and my big boss Eric Voskuil was a REAL Top Gun – Fighter

pilot. He interviewed me and hired me. Likes attracts like. I was at his company because of

having extra –ordinary abilities like him.  I contributed significantly , critical role, working at

Fortune 10, Fortune 50 global corporations. (EXHIBIT 7 ) (EXHIBIT 2 ) (EXHIBIT 3 ).

Raindance-start up when I joined were 20 people, my contribution was critical to existence of

Raindance as an organization .I worked nights and weekends for peanuts , and it's sister

company was sold for $700 million.

29. It is extremely difficult to be a Women in engineering, glass ceiling does exist.

30. *As vandana Upadhaya wrote in her support letter to Immigration* (EXHIBIT 4)  "At

GE Intelligent Platforms in Boston; as part of a two engineer team reporting to Chief Technology

Officer of GE Transportation Steve Edner, she did Application development /support for

remotely monitoring GE assets such as energy transformers for **GE Energy**, **jet engines for GE Aviation**, water systems for GE Water, GE Transportation. This solution generated multi million in revenues for GE Intelligent platforms and *is part of the emerging field of Internet of Things where GE, IBM, Cisco and Intel estimate several trillion dollars of new economic value will be created.* "

31. MY EB2 labor certification (PERM) at GE was approved under 8 U.S. Code § 1153 (b)(2) (C)- **exceptional ability/advanced degree** , in May 2013 at GE - General Electric Healthcare(GE)  ETA Case number: A 12333 17601.

32. I suffered retaliation and GE's pretense to get rid of me, GE didn't file I 140 under
     EB2 –exceptional ability. I had a legal right to pursue filling I 140.

33. I have email communication (EXHIBIT 10) with my GE manager David Mehring and GE architect Nate Davis in September 2011 before I joined GE.  In that I mentioned that PERM should be filled 365 days before my H1 runs out..GE intentionally didn't file PERM till very late( not 365 days before so I can't get H1 extension)....My manager David Mehring and Nate Davis should be in a JAIL for planning this conspiracy, PRETENSE , framing me and immigration scheme...and immigration attorney Jenny Schrager as well in a JAIL for running this scheme.

34. **Violations of ( 8 USC. §1324b)** GE withdrew my H1 B and GE denied my numerous request **(EXHIBIT 11 )** as well as requests from mediator and didn't file I140; so that once I 140 is filled under premium processing and approved in less than a month, Madhuri can PORT that I 140 to another employer even though I was doing/pursuing mediation/arbitration for my unlawful termination and immigration issues..( 8 USC. §1324b). So GE has violated Immigration law for retaliating whistle blower and getting rid of me from these country-United states.  And Immigration has joined GE in such acts .I have attached here document (EXHIBIT

11) in that I requested to Jenny that GE file my I 140 and she declined. .. I also lost priority date retention.

35. Within three weeks of GE termination, I received a job offer from Thermo Fisher Scientific –Life Technology; but it got stuck at immigration as there was no time left on H1 B, because of GE's fraudulent conspiracy to not file my PERM labor certification .. 365 days before my H1 running out..I was not even able to extend it to another employer…There was not enough time left on H1, for a new employer like Thermo Fisher to file/get PERM approve and after that extend my H1.

36. After GE termination, I was stuck in a GE's country side of Wisconsin where GE employs several thousands and GE healthcare is headquartered . **Employers don't wish to keep me on payroll because they have outsources software to India and China OR get consultants , Filling green card is obligation and they look for cheaper alternative. Quality and security of product is the least concern.**

37. And GE hired me to fire me. For GE who has outsourced/offshored all software ; keeping me on a payroll means "COST" vs "CHEAP LABOR" .

38. Arbitration is designed for multi national corporations like GE and not for employees like me. As stated in (EXHIBIT 8), letter to GE from Foley and Mansfield Law firm "As stated in Perhaps most appallingly, the arbitrator refused to allow Ms. Trivedi to enter into evidence correspondence between herself and the Food and Drug Administration relating to many of the product violations described herein".

## II.(B)

39. After that in April 2014, with Harvard medical job offer I filled my own I 140.
8 U.S. Code § 1153 (b)(1) (A)- **Aliens with extraordinary ability. I filed EB1 A in April 2014.**

**Full Name:**   Madhuri Janardanbhai Trivedi

I have answered "NO" in questions 4 through 8, but wanted to add this

information while filing.  On December 2012, General Electric

Healthcare(GE)filled PERM labor certification under EB2 person with exceptional

ability-advanced degree. ETA Case number: A 12333 17601 which was approved in

May 2013. GE Healthcare has not filled  I 140 after PERM ETA Case number: A

12333 17601 was certified. I am in US for 11 years. I came to US in 2003 on H4

visa. I was on H4, F1-student visa, OPT, H1. I received my H1B on October 2007.

I worked on OPT-(optional practical training)for one year from November 2006 to

October 2007. I am working on H1B since October 2007. Currently, I have change

40. I asked it to be considered as national interest waiver as well in field of healthcare

8 U.S.C. Code § 1153 (b)(2) (B)(i) -**National interest waiver.**

41. **In March 2015, I met attorney at** Wilson Sonsini Goodrich & Rosati who were

Start

up attorneys for Google when Goggle was in a garage. They liked my  OrangeHealth Start up

product and clearly saw that problem exists and there is need for solution like my start up

product.

42. I hit my nose with a wall in April 2015, and had two surgeries ..Hence it took me

sometime to file this immigration lawsuit. Now I am sure after trying everything; Including MIT

professor Pat Hale who also tried everything with immigration to resolve this. We believe that

retaliation,  obstruction of justice, witness tampering, perjury, delays,  damages , request for relief.                Madhuri Trivedi

ONLY through court/judge ruling we will get good results in this matter. I consulted Immigration attorneys. Their legal advice was also to seek justice from court NOW.

## II.(C)

43. GE's immediate withdrawal of H1 **(EXHIBIT 11)** even though I was pursuing mediation/arbitration legal route violation of **8 USC. §1324b - Unfair immigration-related employment practices**; for such Whistleblower retaliation brings civil and criminal penalties to GE and USCIS.

44. <u>**Violations 45 CFR 160.316 (precludes retaliation against persons opposing any act or practice made unlawful under the chapter).**</u>

## II.(D)

45. I spoke with **Federal Bureau of Investigation –Milwaukee** in March 2014 about my employment at GE and immigration situation.

**FBI supervisor  "Wible, Clayton M. (MW) (FBI)" <<u>Clayton.Wible@ic.fbi.gov</u>>**
**who returned my call on 5/15/2014** and mentioned that they ran my matter through **assistant US attorney's office and my GE matter is fraud against government- quitam(False claims act) .** His phone number is <u>4142764684</u>...**I contacted San Francisco FBI in November 2015 who is local to where I live; I requested CRIMINAL INVESTIGATION** regarding this matter and their special agent in charge is David J Johnson.

46. I contacted FDA on DECEMBER 2013, I also notified GE attorneys (while my arbitration with GE just started in November 2013) that I have reported to FDA.

Food and Drug administration has ongoing investigation for GE matter I reported. Case number COR14000050 and CPT1400185 **(EXHIBIT 12 )** (there is one more investigation public health service related and can be obtained through these numbers). Mary.Pastel@fda.hhs.gov azg@cdrh.fda.gov,

47. There is also public policy violation... related whistleblower where they were illegally releasing defective product ..   Even if it turns out that the employee's/person's complaints do not turn up any fraud or other wrongdoing, the employee is still protected as a whistleblower. As long as the employee had a good faith intention when he or she made the complaints, they are protected from retaliation. - **an employee makes a complaint to a superior within the company or any government agency, he or she is still considered a whistleblower and will receive the protections accordingly.**

(http://www.careinitiatives.org/false-claims-and-whistleblower-protection-policy)

# II.(D)(1)

## 48. HEALTH INSURANCE PORTABILITY & ACCOUNTABILITY ACT

## 49. Violations of HIPPA act -retaliation

Health Insurance Portability and Accountability Act of 1996 (HIPAA) directed the United States Department of Health and Human Services to establish standards for the privacy and security of protected health information, among other things. In addition to protecting individuals who exercised a right under the act, HIPAA prohibits all covered entities, from engaging in intimidating or retaliatory acts against any individual who refused to violate HIPAA or who has filed a

complaint, participated in an investigation, compliance review, proceeding, or hearing under **HIPAA. (45 C.F.R. § 164.530 (g).**

## II.(D)(2)

50. <u>**FEDERAL FALSE CLAIMS ACT**</u>

51. **31 U.S. Code § 3802 - False claims and statements; liability  The Federal False Claims Act applies to the actions of all government contractors, regardless of size.** Actions **prohibited** by the False Claims Act include: Failing to disclose product defects. General Electric is a government contractor.

52. **The Civil False Claims Act provides for protection for employees from retaliation. An employee who is discharged, demoted, suspended, threatened, harassed, or discriminated against** in terms and conditions of employment because of lawful acts conducted in furtherance of an action . **The Civil False Claims Act (31 U.S.C. §3729 et seq.) is** a statute that imposes civil  liability on any person who: knowingly presents, or causes to be presented, a false or fraudulent claim, record or statement for payment or approval, conspires to defraud the government by getting a false or fraudulent claim.

53. The term "knowingly" as defined in the Civil False Claims Act ("FCA") includes a person who has actual knowledge of the information, acts in deliberate ignorance of the truth or falsity of the information, or acts in reckless disregard of the truth or falsity of the information. <u>**No proof of specific intent to defraud is required.**</u>

## II.(D)(3)

54. **PATIENT SAFETY & QUALITY IMPROVEMENT ACT OF 2005**

The Patient Safety & Quality Improvement Act of 2005 establishes confidential reporting structure in which health care professionals and entities can voluntarily report information on errors in order to facilitate data analysis and encourage the development of patient safety improvements strategies.

55. **Violation of Whistleblower Protection laws– The bill clearly prohibits any Adverse employment action against any individual that in good faith reported information. (42 U.S.C. § 299 et seq.)**

56. I had reported to OSHA-whistleblower.gov. They looked in to it. and said it does not fit into their 22 statues. They have device manufacturing related statue but it excludes medical device and drug manufacturers. As per OSHA, a whistleblower does not have to prove , as long as have believed reasonably and in GOOD FAITH that there was a violation and reported to employer or any government agency; and stated that in your case you have evidence. I reported to USCIS and suffered retaliation.

## II.(D)(4)

57. **VIOLATIONS OF CIVIL RIGHTS ACT OF 1991**

Civil Rights Act of 1991 amended the Civil Rights act of 1964 to strengthen and improve federal civil rights laws by providing for damages and clarifying provisions, among other things. The act prohibits employers from retaliating or discriminating against any individual who utilizes the protections of the act or who has made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the act. (42 U.S.C. § 2000e-3a)

## II.(E)

58. Obstruction is the use of "misleading conduct" toward another person for the purpose

1  of obstructing justice. "Misleading conduct" may consist of deliberate lies or "material

2  omissions" (leaving out facts which are crucial to a case).

3    59. I went to Milwaukee office of DHS  in October 2013. I asked for help for I 140.

4
5  Immigration officer declined to do anything.  I went to DHS MKE office again in

6  March 2014, I mentioned that I have reported to FDA, FBI  about GE and FDA has ongoing

7  investigations.

8    60. Also  My arbitration hearing in May 8, 2014. I also wrote this in my visa petition

9     filled

10
11  and in RFE. Despite Donald Neufeld in April 2014 who is a director of Services at USCIS,

12  signed a denial letter and to mentioned that I have no rights to stay in US. Again USCIS denied

13  my petition in March 2014(Extra ordinary ability), despite I wrote emails and sent letters to Leon

14  Rodriguez, Donald Neufeld  including RFE evidence that I am working with Quitam attorney

15  and Federal Burea of investigation have looked into my matter and FBI stated it is fraud against

16  government.

17
18    61. Request of Evidence letter I received from USCIS , Immigration officer omitted my

19  MIT education,  in documents received omitted  police criminal certification for domestic

20  violence , there are numerous such omissions of evidences I submitted which were critical and

21  proves that I qualify as a person of extra ordinary ability.

22  ## II.(F)

23
24    62. 18 U.S. Code § 1621 - Perjury generally

25  Defendant such conduct by a person performing government duties considered as **nonfeasance**

26  (willfully neglects to carry out that duty)**, misfeasance** (willfully abuses it for some improper

27

28

1  motive), **malfeasance which falls under perjury umbrella.** *These acts are also Public*

2  *corruption.*

3        *63.* **Intentional infliction of emotional distress (IIED)** is a <u>tort</u> claim of recent origin for

4

5          intentional conduct that results in extreme emotional distress.

6        <u>64. Elements</u>

7
    1.  Defendant USCIS/DHS acted intentionally or recklessly; and
8      2.  Defendant's conduct was extreme and outrageous; and
9      3.  Defendant's- USCIS/DHS act is the cause of the distress; and
    4.  Plaintiff suffers severe emotional distress as a result of defendant's- USCIS/DHS conduct
10

11      65. In order to persuade that the conduct was extreme and outrageous, Madhuri can

12  demonstrate that (1) there was a pattern of conduct by USCIS/DHS, not just an isolated incident;

13
(2) the plaintiff was vulnerable and the defendant knew it; (3) the defendant DHS/USCIS was in
14
15  a position of power;

16      66. A cause of action for intentional infliction of emotional distress exists when there is

17  '(1) extreme and outrageous conduct by the defendant USCIS with the intention of causing, or

18
reckless disregard of the probability of causing, emotional distress; (2) the plaintiff's suffering
19
20  severe or extreme emotional distress; and (3) actual and proximate causation of the emotional

21  distress by the defendant's outrageous conduct.' A defendant's conduct is 'outrageous' when it is

22  so 'extreme as to exceed all bounds of that usually tolerated in a civilized community.' And the

23  defendant's conduct must be 'intended to inflict injury or engaged in with the realization that

24
injury will result.'
25
26      67. When the defendant USCIS/DHS /Mark Hazuda/Donald Neufeld/Greggory

27        Richardson, John Roth/Maria Odom  and other named defendants  is aware, but acts

28

1   with reckless disregard of, the plaintiff and the

2   68. probability that his or her conduct will cause severe emotional distress to that

3   plaintiff. Where reckless disregard of the plaintiff's interests is the theory of recovery, the

4   
5   presence of the plaintiff at the time the outrageous conduct occurs is recognized as the element

6   establishing a higher degree of culpability .

7   69. Intent: The desire to inflict severe emotional distress on the plaintiff or the knowledge

8   with substantial certainty that such distress will result from what the defendant does. (In some

9   states, recklessness, willful conduct, will be sufficient.) Severe Emotional Distress: Substantial

10  mental anguish. Cause: "But for" what the defendant did, the plaintiff would not have suffered

11  
12  severe emotional distress, or the defendant was a substantial factor in producing such distress.

13  There may be liability under the Civil Rights Act if the intentional infliction of emotional

14  distress was committed while the defendant was depriving the plaintiff of federal rights under

15  color of law.

16  ## II.(G)

17  
18  70. **On Date: Fri, 7 Nov 2014 14:45:33 -0600 ; USCIS accepted my I 485/765....**

19  In that package as shown in **(EXHIBIT 6 )** here..I mentioned fraud attorney Andrew Beato in a

20  letter to Immigration officer Dated November 1, 2014 and my correspondence with..Attorney

21  
22  Andrew Beato **(EXHIBIT 5 )** and I were communicating since August 2014. in my letter to

23  immigration officer I mentioned that currently I am working on False claims act case with

24  Andrew Beato...Only immigration from November 7, 2014 onwards, FedEx knew this attorney

25  name..

26  71. On Nov. 10 Andrew Left a voice message . After that he and I spoke and he said GE

27  
28

has contacted his partner to represent GE..**so he will no longer be working on my case...I**

**mentioned his name Only to FBI agent and Immigration .**

## II.(H)

72. 18 U.S. C § 1512 - Tampering with a witness, victim, or an informant

73. And 18 U.S. C § **1513 - Retaliating against a witness, victim, or an informant**

18 U.S. C § 1512 (a) (1) (A) ,18 U.S. C § 1512 (b) (1) ,18 U.S. C § 1512 (b) (2) (A)

18 U.S. C § 1512 (b) (2) (B), 18 U.S. C § 1512 (b) (3), 18 U.S. C § 1512 (c) (2)

18 U.S. C § 1512 (d) (1) ,18 U.S. C § 1512 (d) (2) , 18 U.S. C § 1513 (e), 18 U.S. C § 1513 (f)

These codes applies to GE and immigration officals.

## II.(I)

74. **Note: in below email I have removed receipt number, one personal detail and**

**added name of a federal judge.**

---------- Forwarded message ----------

From: **Madhuri Trivedi** <mcis99@gmail.com>

Date: Wed, Feb 10, 2016 at 6:09 AM

Subject: Fwd: Fraud by General Electric and fraud, retaliation, gross mis management

by Immigration officals

To: Josh.Eaton@usdoj.gov, David.Callaway@usdoj.gov, "San.Francisco"

<San.Francisco@ic.fbi.gov>, John.Roth@oig.dhs.gov, "Gaughran, James"

<James.Gaughran@oig.dhs.gov>, maria.odom@dhs.gov, cisombudsman

<cisombudsman@hq.dhs.gov>, laurel.rimon@oig.dhs.gov, "Johnson, David J. (SF)

(FBI)" <David.j.Johnson@ic.fbi.gov>, Pat Hale <pat_hale@mit.edu>

Cc: jeh.johnson@dhs.gov, Donald.W.Neufeld@uscis.dhs.gov,

thomas.pearl@uscis.dhs.gov, mark.hazuda@uscis.dhs.gov,

gregory.richardson@uscis.dhs.gov, "NSCFollowup.NCSC"

<NSCFollowup.NCSC@uscis.dhs.gov>, tsc.ncscfollowup@dhs.gov,

leon.rodriguez@uscis.dhs.gov, Madhuri <mcis99@gmail.com>

To,

75. Office of Inspector General -DHS, Whistleblower Protection program DHS, FBI, US

attorney's office David R. Callaway *Chief of the Criminal Division,*

US attorney's office Joshua Eaton

, DHS Inspector general John Roth, Laurel Rimon, Counsel to IG, FBI special agent- San

Francisco , Supreme court of United states- Chief Justice John Roberts.

76. **Immigration officials involved:** Mark Hazuda, Director at Nebraska Service center,

Greggory Richardson- Director Texas service center , Jeh Johnson- Secretary DHS, Leon

Rodriguez –USCIS, Donald Neufeld -director USCIS, Texas and Nebraska service center

---

77. **Please consider this as criminal report filed against/ for these immigration officers**

and directors/USCIS  who are knowingly violating laws and discriminating, retaliating, terrorizing, torturing me. And GE people as well. I request that criminal charges are pressed against them. It is sad that in this era of Corporatocracy ; individuals STILL can't press criminal charges.

78. **Please approve petitions, give work authorization which I am trying get since last**

two  and half years – a person of extra ordinary ability –EB1 (1)  Receipt  SRC ###, (2) I

485 is SRC###  and (3) I 765 Receipt  is SRC### . I need to pay my bills.

79. **These petitions were wrongfully and unlawfully denied.** Denial letter has random

things ..clear that they decided to deny and then added random things to letter.

My petition **LIN####**is also treated same way like these three mentioned above.  I received

Request for evidence letter, it is exact copy of the one I received in November 2014..Several

evidences critical to my petition have been not mentioned, overlooked and it is clear that USCIS

has made up his mind not to approve my petition. This is result of GE's influence at the highest

level …**This is egregious, gross and unlawful.**

80. I have economic necessity for extreme hardship because I am a single woman .

**Severe financial loss to company or individual which is Madhuri Trivedi-me; that I need**

**to take care of myself. Currently I am not earning any money.**

Sincerely,

Madhuri Trivedi

https://www.linkedin.com/in/trivedim

81. **Sequence of event with USCIS:**

Ø  I went to Milwaukee DHS field office in October 2013 and April 2014. I spoke with

 immigration officer and her supervisor, mentioned my hardship and upcoming arbitration.

Week after my April 2014 visit to USCIS  that **USCIS service director Donald Neufeld**

signed a letter and sent it to scare me so I don't do arbitration which was in May 2014. I had

paid consultation with immigration attorney **Mencini, Ana** (amencini@kentlaw.iit.edu). She

stated that they want to stop you from doing arbitration, but you are doing arbitration. They

1   can't kick you out and threaten you like this. Do arbitration next week.

2       82. Ø  In November 2014, I spoke with FBI agent on phone about Andrew Beato ,

3           fraud/quitam

4   attorney who was very interested in quitam case..I mailed In 2014 , when I sent a package to

5   immigration in which I mentioned Fraud attorney Andrew Beato 's contact and that I am

6   working with him on Quitam/FCA. ONLY FedEx, immigration and FBI agent knew this.

7

8   FBI is the one who said it is Quitam matter in the first place. Anyway, the day immigration

9   received package, Andrew called next day and said GE has contacted his partner to represent

10  GE and because of conflict he is no longer represent me.

11      83. Ø  Even though I emailed Texas center and copied a letter via email to expedite to Leon

12  Rodriguez, Donald Neufeld (I was also having health issues) in February that given my hardship, they

13   expedite my case and I will be moving to California next week , first they denied my expedite

14  request and day after I landed to California on March 2, 2015-- They denied my pending

15  I 140/485 petitions  knowing that I will be in vulnerable position...

16      84. I went to San Jose DHS field office to inquire about this on March 4, 2015.

17   Immigration officer  said they haven't denied your case but denied expedite request (based on what

18  they saw in computer system)..I requested to talk to supervisor. When I mentioned that FBI stated GE

19  was doing fraud against government. Supervisor said Texas center has trashed your petition.

20      85. Ø  Finally after Senator Boxer did inquiry and I received denial letter in July. I moved to

21          CA

22  from WI, and I had address change issue.

23      86. Ø  Between March and July, 2015, I received several email alerts from USCIS, mentioning

that document related to my green card/EAD was mailed (It said this email is sent when petition is approved and greencad/EAD are mailed). I never received anything nor green card as it was denied. But they kept sending such emails to keep me confused.

87. Ø  I refilled I 140 /485/765 in July 2015…they returned these package three times till October

2015; asking money/fees in terms of thousands ..which I already paid in past. At last in October 2015, I paid again fees for I 140..I went to San Francisco field office in November 2015 to request expedite of my case. I showed all my documents to Immigration officer. Immigration officer stated that from what she saw "Madhuri you are a person of extra ordinary ability" but your case can't be expedited. After several request she filled expedite request based on humanitarian basis; which got denied in less than 24 hours.

**Ø  wkd3371504455LOD( for I 485 and I 765 case to get receipt). USCIS had my package in November..They were not sending me receipt and I didn't pay $1000 . The day congressman Mike Honda office made inquiry about this .USCIS returned package to me ; signed by Mark Hazuda asking $1000 fees.**

88. I came to US on H4 spouse visa in 2003. My ex-husband was physically and verbally abusive. I have medical records and police certification for his criminal violent activities. I got divorced in March 2006. I went to student visa and got my masters in computer science at Cleveland state university. I worked on OPT and then got H1 B visa. I worked for Fortune 10, Fortune 50 company such as United Technologies, GE and startups founded by Harvard scientist and noble laureates and TOP GUN in US navy.

89. I was working at General Electric healthcare as a lead engineer and they were knowingly

releasing defective product on 100,000 medical devices; which had 600 critical defects for several years. I didn't sign off on test plans for this product and I was able to hack the system that remotely control and communicate with 100,000 medical devices... lack of security features such as audit trails, activity logging, reporting and many more things,

90. GE was forcing me and they themselves wanted to release remote service product on surgery and many more device on a **Linux platform** in a same way they were **doing it for 10 years on Windows platform**. Windows and Linux are two different operating systems and are like apples and oranges. I was able to hack it on a Linux platform and GE was desperate to sell that product.

91. **I believe and  very senior executive , fraud attorneys mentioned that GE people should be in a jail. Linux and windows are different how can they do this.** GE retaliated and messed up my immigration..

92. **I was one month shy of getting my green card process processed as –a person of exceptional ability/advanced degree (EB2)** at GE and they got rid of me(remove witness)...**for almost three years I am trying to work with immigration on this. But GE has influenced immigration and GE is using immigration is a tool.**

**I have founded a start up since then "OrangeHealth" – a platform for chronic condition management and communication.  86% of US healthcare cost goes toward chronic diseases related care, and there is nothing done to prevent it. Obamacare hasn't solved this as well.**

93. **System is not working, fighting in Texas /and appealing to supreme court at cost of**

**taxpayer's** money to give work authorization to millions of illegal immigrants; **while victim of**

crime who files for U visa are not getting work authorization for 16 months after they file for visa petitions.  Most of them are working illegally including women to support themselves. USCIS **Instead of them getting work authorization immediately, doing other things which clearly shows that people don't want immigration.**

94. If USCIS is fighting lawsuit in Texas for millions of people on TAX PAYER's money ..giving 100,000 work authorization to spouses of H1 in first year itself (**all these takes away jobs from Americans** ), releasing several memos recently to give flexibility to H1 and ease path to permanent residency to millions – including 181 page memo by Jeh Johnson. This is a torture, unlawful, violation of human rights. Treating me like a shit because I am a not from poor country India.

95. **My whole life is on Hold right now. Harvard medical school - where they make artificial protein /DNA and which is cutting edge have offered me a job as a lead engineer since April <u>2014 ;in</u> salary range of $65,000 to $115,000 annually.**

96. **I have mentioned about Dr. Jonathan Rothberg in my EB1 petition.** He came to meet me in person when I joined first day at Raindance technologies(He is a founder ). ***<u>I read recently that in 2016 White House is giving him a national award.</u>*** (

 https://www.whitehouse.gov/the-press-office/2015/12/22/president-obama-honor-nations-leading-scientists-and-innovators   ) So you get the point. We were ONLY 20 people when I joined Raindance as a software engineer. Software team was two people and then 2 were added after six months. I developed an instrument (instrument price was $150,000 per unit)there which is a biological equivalent of personal computer. Raindance executives and other seniors have stated that my contribution was of a major significance, leading /critical role

to existence of organization and entrepreneurial.

97. **I have made original/major significance contribution to US healthcare, US economy and US society.**

98. **Obstruction of justice and witness tampering, wrong doing and gross mismanagement , retaliation** by immigration officers/directors because I did arbitration with GE.

99. Documentary "We are not broke" clearly states that Obama administration has close ties

with GE and because USCIS/DHS works under Executive branch and hence under President Obama ..there is a linking that GE is using this relationship to influence and hurt me/harass /terrorize me for my immigration ..so I give up, get/stay sick, go back to India.

100.    Knowingly, USCIS/DHS is terrorizing and torturing me , holding me hostage so I can't

earn money, stay in distress.. I can't even incorporate my start up, have board of directors, co-founders or someone to put some money.  Partner at Chertoff group –( Chertoff group is founded by former department of homeland security chief Michael Cherroff. ) Jim Pflaging was interested in first being adviser to my start up. Mayo Clinic physician and John Hopkins physician looking to join as co founder..In this mess , I have lost all motivation and energy to work in healthcare start up.

101.    Week before my arbitration, even though immigration knew about it; Service director

Donald Neufeld signed a letter to terrorize me so I don't do Arbitration.

At arbitration hearing, I had Chief Technology Officer of GEHC- Mike harsh , Chief Executive

1   Officer –Global service-Mike Swinford come to testify. They both make millions in salary and

2   have their own private jet.

3       102.    Stanford law professor Martinez Janet said that "arbitration I did with GE and GE

4           was

5

6   doing fraud; that's why Immigration is harassing you.....**your start up can very successful**

7   **that's also reason to keep me in distress".**

8       103.    Start-up veterans and Venture capitalist have indicated that "president Obama is

9           on your

10

11  Six...I-Madhuri is doing start up in healthcare for a cause and HC is all about money"

12      104.    Philips healthcare manager Hans Griesser and ex-general manager at GE

13          Healthcare;

14  both stated that GE needs to do a recall..These things are completely unacceptable.

15  FDA investigation numbers:  Case number COR14000050 and CPT1400185.

16  FDA doesn't take things seriously unless someone has died.

17

18      105.    **Federal judge Andrew Hanen** reviewed all my immigration documents ; had

19          asked his

20  attorney to do GRAND JURY criminal investigation about GE and immigration ....That US

21  attorney was tied up in drug matters and didn't have resources from his small office...

22      106.    FBI stated that GE was doing fraud against government. Top litigators in US has

23          looked

24

25  into the GE fraud matter and said that GE was doing a fraud  against government ...and lots of

26  money in this case; but advised that it is long, ugly fight against **invincible GE (David Vs**

27  **Godzilla )** who has connections and influence everywhere(SORRY to write this but they said

28

this and I am experiencing it first hand).. **David Boise Law firm lawyer** said it is **SEC matter**. "GE is using immigration as a tool to harass me " -- Andrew Beato (http://www.steinmitchell.com/lawyers-Andrew-Beato.html)  and David Haron (http://www.haronlawgroup.com/david-l-haron.html ) Quitam attorney said that.

107.    David Haron –Quitam attorney was at Foley and Mansfield law firm in 2014. David said that if a small company would have done what GE did, they put them in JAIL....nothing happens to GE..They will pay fine like a traffic ticket for them and seamlessly get away. He advised that if GE reinstate and I get my green card/ ability to stay in US; that is more important than fighting Quitam case ...Foley and Mansfield law firm  wrote a letter to GE to reinstate me. But no outcome.

108.    I had two surgeries recently, went ER twice and still distress related hormone cortisol is creating havoc in my body and immune system. In April 2015, I hit my nose with a wall, I am still recovering as have some swelling and need to take care of this.

109.    **I deserve better life then doing all legal field things and held hostage and in extreme hardship, distress and financial constraint, mental and emotional trauma- caused by GE and USCIS.**

110.    *About My start up: Orangehc is a peer to peer platform for health management – usable and secure. Artificial intelligence to measure health conditions, connect peers. A mobile app (phase 1) For people interested in healthy living, manage chronic condition. The company aims to provide support, advise, expertise though peer to peer interactions; users can*

1    *be anonymous. By driving accountability, purpose and context through communities and*

2    *measurement/analytics though fitness/health data integrated (phase 2). Prevention is better than*

3    *cure by managing chronic condition such as a hyper tension future stroke and disability can be*

4
     *prevented. US cost saving $200 billion global double US number. Chronic disease is the leading*
5
     *cause of death and disability worldwide.*
6

7

8    ## II.(J)

9

10                                   ### GE fraud related

11       111.    At GE Healthcare, remote service and connectivity medical device "Insite Exc "

12   was remotely communicating and controlling 100,000 medical devices. There were defects in

13   terms of 600-2000 defects and 600 critical design non conformances; unresolved for several

14
     years and medical  Device  Insite Exc was launched in 2004.  It lacked security features, audit
15
16   trails, activity logging and security reporting.. Fraud attorney at <u>Cohen Milstein</u> law firm

17   said that it is fraudulent inducement..

18       112.    There were lack of security features/I was able to hack it while

19   testing...GE performed sham quality tests and "willfully concealed the existence, frequency and
20
     severity of the products' defects," with "grossly inadequate testing procedures".......for
21
22   knowingly selling defective, life threatening medical devices used by Department of Defense,

23   Veterans Hospital ( In 2013 , at Veterans hospital in NY patient died due to faulty GE MRI

24   system.....so GE has been reckless in their devices).  Medical devices were **ultrasound, MRI,**

25   **surgery , Lunar, radiology servers** and more.
26
         113.    For bringing this fraud and defects to management's attention and NOT willing to
27
28   participate in their fraudulent scheme...Madhuri- I was harassed, received abusive

1    treatment and wrongly accused of insubordination . She was also ostracized and marginalized by

2    management. Since then I have been suffering terrorizing acts due to GE and their influence at

3    all level

4

5       114. The company's "scheme to defraud its customers by knowingly selling defective

6    and potentially dangerous remote control product on most of all their medical devices". GE

7    fraudulently induced the federal government (including the Department of Defense and Veterans

8    Administration) , state governments to buy its defective product through both misstatements and

9    material omissions. Each of us has the right to expect any medical equipment used for our

10    medical care to be safe and effective, but we are all placed at great risk when medical equipment

11    companies violate our trust and knowingly sell equipment that is defective," the evidence shows

12    GE's callous disregard for the fact that these defective product(s)—which they consciously,

13    aggressively sold after knowing existence defects—could mean life or death for unsuspecting

14    patients, loss/theft of their protected health information(PHI). This case is not just about

15    recouping money for taxpayers—**it is an indictment of a company that placed a higher**

16

17    **premium on profits than public health and safety."- public policy violation as well.**

18

19       115. **Department of defense signed $400 million worth of service contract in last**

20    **ten years...** In the document, I have attached for many GE devices, they are making claims that it

21    has HIPPA /HITECH violations, security, audit trails, reporting which is false. Even for non

22    defense/govt customers such as public/private customers it is false claims and fraudulent

23    inducement .

24

25       116. Because their competitors for medical devices such as Philips and Siemens don't

26    have such remote service capabilities so that's how Insite Exc was a service differentiator and

27    service alone was $5 billion business.

28

## II.(K)

117.    ---------- Forwarded message ----------

From: **Whistleblower Protection** <whistleblower.protection@oig.dhs.gov>

Date: Mon, Feb 22, 2016 at 6:31 AM

Subject: DHS OIG Complaint C1605994 - Status Update

To: Whistleblower Protection <whistleblower.protection@oig.dhs.gov>, "mcis99@gmail.com"

<mcis99@gmail.com>

Cc: "mcis99@gmail.com" <mcis99@gmail.com>


118.    Hello Ms. Trivedi,

How are you?  The Department of Homeland Security (DHS) Office of Inspector General (OIG)

Whistleblower Protection Unit acknowledges receipt of your allegation information

(C1605994).  As background, the DHS OIG's criminal investigators have the first right of refusal

for all allegations and complaints.  Your complaint was referred to DHS OIG Office of

Investigations' criminal investigators, who declined to open an investigation into your claims.

Your complaint has been closed by the DHS OIG Hotline and will receive no further attention.

Your allegation (C1605994) will be referred to the U.S. Citizenship and Immigration Service's

Office of Security and Integrity for additional attention as deemed necessary.

119.    Respectfully,

Whistleblower Protection Program

DHS Office of Inspector General

1120 Vermont Ave NW

Washington, DC 20005

## II.(L)

120.    If GE board of director did inquiry..that means it is serious...GE was upset after I spoke with board of director..  GE healthcare CEO John Dineen left after my arbitration .GE healthcare is $20 billion business .

121.    Also Mike Harsh- who was a Chief technology officer of GE healthcare's $20 billion business left GE. Mike Swinford who was a CEO of GE healthcare's $5 billion business and I worked under his leadership also left..Mike Harsh and Mike Swinford came to my arbitration hearing...

122.    **If these CEOs/CTO left after my arbitration in May 2014...And I filled my EB1 immigration petition in April 2014...there is a co-relation...In my hearing I did brought up that they were selling these defective devices in Americas region.**

123.    ---------- Forwarded message ----------

From: **Robert J. Swieringa** <rjs22@cornell.edu>

Date: Tue, Dec 3, 2013 at 12:23 PM

Subject: RE: what happened at GEHC

To: Madhuri <mcis99@gmail.com>


124.    Madhuri,

 In response to your emails to me and our phone conversation today, I have made inquiries with people at GE and will let you know about any developments. Thanks, Robert Swieringa

 Robert J. Swieringa

Professor of Accounting

Anne and Elmer Lindseth Dean Emeritus

Johnson Graduate School of Management

337 Sage Hall

Cornell University

Ithaca, NY 14853-6201

Phone: 607-255-0422

Fax: 607-255-6889

Email: rjs22@cornell.edu

## II.(M)

125.    Senator Boxer's privacy release form in May 1,2015 : I mentioned that Ge has Influenced immigration..and Ge's goal is to remove witness. Boxer's office said we believed in that and that's why did inquiry and mailed me denial notice on July 2015(My case was already denied in March 2015).

## II.(N)

126.    Peter Davis- a chief arbitrator/legal counsel at Wisconsin Employment relations commission. peterg.davis@wisconsin.gov .He mentioned that if he is selected as an arbitrator for my case with GE, he will make sure I stay in US and he will rule in my favor. he said GE has outsourced everything from Wisconsin and US. GE wants you to Go back...

127.    He will respond to any inquiry you made if you wish and tell that he said this. He told me this on Dec 2014 that I is willing to talk about this to anyone...Ge attorney declined to have him as arbitrator (then arbitration documents would have become public documents)..Instead they selected private attorney and paid him $40,000 fees.

## II.(O)

128.    My divorce case :Cuyahoga county,OHIO.. Court Domestic Relations CASE NO: DR-060309634..in 2006 My divorce attorney Dharminder Kampani didn't bring up domestic violence criminal police report filled against my Ex husband -  during court proceedings not filled that police report with court.. This immigration issue would have been resolved/taken care TEN YEARS ago and My ex husband  Mukul Shukla (SSN: 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, Date Of Birth : February 8, 1973 )would have been kicked out from US before ten years instead he is walking free .

129.    Police certification by Ohio police officer …I have attached Police report criminal domestic violence filled for my Ex Husband in Ohio in 2006. My Ex framed me. He and I went to India in 12/2015 to spend time with family, in 10 days he said he is going back to US and I should come to US after things cool down as he was abusive, physical assault happened several times before this. They took my passport. Anyway, we figured that he will send divorce paper from US and remarry claiming while I was in India. SO I came back to US without his knowledge. After that he emptied our joint bank account and left $20. I didn't imagine these things to happen. He should be in a jail. He was an animal and I was a VERY TRAUMATIC married life and divorce. Apparently when he told me to stay in India and he came back to US, he was already communicating to his current wife even being married to me.

## II.(P)

130.Given my labor PERM certification at GE was approved under 8 U.S. Code § 1153 (b)(2) (C)- **exceptional ability** , I had a legal right to pursue filling I 140.  Comprehensive Immigration reform passed by senate recently has a legal clause where individual possessing US

master's degree in field of STEM (science, technology, engineering and Maths) and have five years' experience working in US ; can file their own I 140 without getting restricted to employer filling it. I wrote this to USCIS in my petition. Despite they didn't consider this and deprived me from getting work authorization for almost three years. Madhuri also lost opportunity for retention of a priority date.

### III. REQUEST FOR RELIEF

131.   **WHEREFORE,** Plaintiff request that judgment enter in their favor and against Defendants, and that:

132.   In light of the foregoing injustices, we request COURT/JUDGE reverse USCIS denial decisions and MS. TRIVEDI be given her immigration visa – with approval of EB1 petition effective immediately with approval of her I 140, I 485, I 765(work authorization) petitions and her green card.

133.   Order restraining  DHS/USCIS from further acts of retaliation and injustice and to restrain from continue to cause any physical harm, **mental trauma, injury, emotional distress, financial constraint such as continue to not giving work authorization (ability to earn money legally and pay her bills)or harm .**

134.   Compelling ( if court deems appropriate )DHS, USCIS to pay back pay since GE termination and/or Harvard medical school job offer dated April 2014.

135.   Any other Compensatory damages;

136.   An order placing Plaintiff in the position that she would have been in had there been no violations.

137.   Punitive /exemplary damages as the court deems appropriate;

138.   Legal Costs and attorney's fees

139.   Appropriate action deemed appropriate for these government officials

140.   Any other relief as the court deems appropriate.

Dated: March 3, 2016

Madhuri Trivedi

## **EXHIBITS**

1. Harvard medical school job offer dated April 2014

2. Harvard medical school director Robert Cunnigham support letter for immigration

3. Massachusetts Institute of Technology Sloan school of management ,engineering systems Director Par Hale' support letter for immigration

4. Start up veteran Vandana Upadhyay support letter for immigration

5. False claims act (FCA) attorney Andrew Beato communication emails

6. and supplement letter to USCIS which demonstrates causal link of retaliation,  denial of visa petitions obstruction of justice, witness tampering from USCIS due to reporting to USCIS about FCA

7. My EB1 –extra ordinary ability analysis index

8. Letter to GE from Foley and Mansfield Law firm

9. Emails with Donald Neufel USCIS service directors dated April 204..mentioning Harvard job offer, upcoming arbitration and USCIS's attempt to remove me from USA- as they denied my visa week before arbitration hearing, evidence of  obstruction of justice,

witness tampering from USCIS

**10.** Evidence of immigration conspiracy from GE- my email communication prior to joining GE with GE manager David Mehring and Architect Nate Davis –about PERM filling deadline and my H1 expiring date, and GE immigration attorney Jenny Schrager Labor certification filled in 2010.

**11.** GE immigration attorney Jenny Schrager email communication asserting/confirming that GE to withdraw my H1 B petition and GE to not file my I 140 even though I was undergoing mediation/arbitration. – evidence of violation of immigration law, whistleblower laws retaliation laws and conspiracy to remove witness from this country USA.

**12.** FDA letters

**13.** GE performance appraisal evidence of Pretense