UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADHURI TRIVEDI,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>    Defendants. | Case No. 16-cv-01122-JD<br><br>**ORDER VACATING HEARING AND CASE MANAGEMENT CONFERENCE** |

The Court finds defendants' motion to dismiss in part (Dkt. No. 18) to be suitable for decision without oral argument pursuant to Civil Local Rule 7-1(b). The Court takes the motion under submission and will issue a decision on the papers.

The hearing that was set for July 13, 2016, at 10 a.m. is consequently vacated. The case management conference that was set for the same time is also vacated pending further order of the Court.

**IT IS SO ORDERED.**

Dated: July 11, 2016

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADHURI TRIVEDI,<br><br>   Plaintiff,<br><br>   v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>   Defendants. | Case No. 16-cv-01122-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 11, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Madhuri Trivedi
P.O. Box 8359
Fremont, CA 94537

Dated: July 11, 2016

Susan Y. Soong
Clerk, United States District Court

By: /s/ Lisa R. Clark
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO